**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 1:23-CV-23620

**Beth Colleen Martin**

    **Plaintiff,**

v.

**THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, HON. IVONNE CUESTA, in her official capacity as Circuit Court Judge for the Eleventh Judicial Circuit of Florida, SANDY T. FOX, in his individual and official capacity as Guardian ad Litem, and SHERRIE LEWIS-THOMAS, an individual**

    **Defendants.**

_____/

**UNOPPOSED EXPEDITED MOTION FOR EXTENSION OF TIME FILED ON BEHALF OF CIRCUIT COURT JUDGE CUESTA AND ELEVENTH JUDICIAL CIRCUIT OF FLORIDA**

    Defendant Judge Ivonne Cuesta, a Circuit Judge in the State of Florida, and the Eleventh Judicial Circuit of Florida, respectfully request a brief extension of time to respond to the Complaint in this case. Pursuant to Local Rule 7.1(d)(2), S.D. Fla. L.R., Defendants request an expedited ruling because the time for them to respond to the Complaint is approaching rapidly. Plaintiff graciously has agreed to the requested extension.

    Defendants Judge Cuesta and the Eleventh Circuit were made aware of this action on approximately September 26, 2023. Rule 6(b)(1)(A), Fed. R. Civ. P., authorizes the extension of deadlines for good cause, if a request is made before the original time expires. As good cause for the requested extension of time the undersigned notes that they were recently retained to represent

these Defendants and they are in need of a brief extension of time to prepare a proper response to the Plaintiffs' Complaint.

WHEREFORE, Defendants Judge Cuesta and the Eleventh Judicial Circuit respectfully request that this Court grant an extension of time until November 22, 2023, for Defendants to respond to the Complaint. A proposed order is being provided to the Court pursuant to S.D. Fla. L.R. 7.1(a)(2).

## CERTIFICATION OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), S.D. Fla. L.R., the undersigned reports that she conferred with Plaintiff's attorney by email and the attorney has no objection.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/*Martha Hurtado*
Martha Hurtado
Florida Bar No. 103705
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
110 S.E. 6th Street, 10th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-712-4600
Facsimile: 954-527-3702
Martha.Hurtado@myfloridalegal.com
Attorneys for Defendants Judge Cuesta Eleventh
Judicial Circuit of Florida

/s/Barbara Junge
BARBARA JUNGE
Chief Assistant Attorney General
Fla. Bar No: 993270
OFFICE OF THE ATTORNEY GENERAL
110 S.E. 6th Street, 10th Floor
Ft. Lauderdale, Florida 33301
Telephone:     954-712-4600
Facsimile:     954-527-3702
Barbara.Junge@myfloridalegal.com
Attorneys for Defendants Judge Cuesta Eleventh
Judicial Circuit of Florida

**CERTIFICATE OF FILING**

I HEREBY CERTIFY that I electronically filed the foregoing document via CM/ECF on October 13, 2023, which will send a notice of electronic filing to all counsel of record pursuant to Rule 5(b)(2)(E), Fed. R. Civ. P.

/s/*Martha Hurtado*
Martha Hurtado
Assistant Attorney General