UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23620-CIV-ALTONAGA/Damian

**BETH COLLEEN MARTIN**,

    Plaintiff,

v.

**ELEVENTH JUDICIAL
CIRCUIT OF FLORIDA**, *et al.*,

    Defendants.

_____/

### ORDER

THIS CAUSE came before the Court on the Unopposed Expedited Motion for Extension of Time [ECF No. 10], filed by Defendants, Judge Cuesta and the Eleventh Judicial Circuit. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED** as unnecessary. Defendants are directed to the October 12, 2023 Order [ECF No. 9] and its instructions. **The deadlines contained in the Order entered on October 12, 2023 [ECF No. 8] shall not be extended.**

**DONE AND ORDERED** in Miami, Florida, this 14th day of October, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record