IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-23620-CIV-ALTONAGA

**BETH COLLEEN MARTIN**,

    Plaintiff,

v.

**ELEVENTH JUDICIAL CIRCUIT OF FLORIDA**, *et al.*

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff, BETH COLLEEN MARTIN, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice.

Dated this 21st day of March 2024.

    Respectfully submitted,

    By: */s/ Reid Levin*
    Reid Levin, Esq.
    Florida Bar No. 1038933
    **Reid Levin, PLLC**
    P.O. Box 880682
    Boca Raton, Florida 33488
    Phone: (561) 866-6089
    Email: reid@reidlevinpllc.com

    ***Attorney for Plaintiff Beth Colleen Martin***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March, 2023, a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record.

By: */s/ Reid Levin*
Reid Levin, Esq.